IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN HENRY MASSIE,

      Appellant,

 v.

Case No.  5D22-542
LT Case No. 1986-CF-003285-B-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 24, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

John Henry Massie, Doral, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Carmen F.
Corrente, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.


     AFFIRMED.


COHEN, EDWARDS and SASSO, JJ., concur.